UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| Stephanie Knight, | : |
| | : |
| Plaintiff, | : Civil Action No.: 4:15-cv-00686-O |
| v. | : |
| Time Warner Cable, Inc., | : |
| Defendant. | : |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed in its entirety with prejudice and without costs to any party.

| | |
|---|---|
| Stephanie Knight | Time Warner Cable, Inc. |
| /s/ Jenny DeFrancisco | /s/ Amy E Beverlin |
| Jenny DeFrancisco, Esq. | Marcia Jackson, Esq. |
| CT Bar No. 432383 | Wick Phillips Gould & Martin LLP |
| LEMBERG LAW, L.L.C. | 100 Throckmorton Street, Suite 500 |
| 43 Danbury Road, 3rd Floor | Fort Worth, TX 76102 |
| Wilton, CT 06897 | Telephone: (817) 332-7788 |
| Telephone: (203) 653-2250 | |
| Facsimile: (203) 653-3424 | Amy E Beverlin, Esq. |
| Attorney for Plaintiff | Kabat Chapman & Ozmer LLP |
| | 10866 Wilshire Blvd., Suite 1650 |
| | Los Angeles, CA 90024 |
| | Telephone: (310) 613-7050 |
| | |
| | Lauren Kessler Drawhorn, Esq. |
| | Wick Phillips Gould & Martin LLP |
| | 100 Throckmorton Street, Suite 500 |
| | Fort Worth, TX 76102 |
| | Telephone: (817) 332-7788 |
| | |
| | Ryan Watstein, Esq. |
| | Kabat Chapman & Ozmer LLP |

        171 17th Street NW  
        Suite 1550  
        Atlanta, GA 30363  
        Telephone: (470) 447-0601  
        Attorneys for Defendant

_____  
SO ORDERED

# **CERTIFICATE OF SERVICE**

      I hereby certify that on August 31, 2016, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the Northern District of Texas Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                              By /s/ Jenny DeFrancisco_____
                                                   Jenny DeFrancisco